UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                   Case No. 8:11-Cr-501-T-24MAP

JOHN ANTHONY GIANOLI, III
_____/

**UNOPPOSED MOTION FOR PERMISSION TO
TRAVEL OUTSIDE THE MIDDLE DISTRICT OF FLORIDA**

COMES NOW the Defendant, JOHN ANTHONY GIANOLI, III, by and through undersigned counsel, and pursuant to Title 18 United States Code Section 3142 and files this Motion for Permission to Travel Outside the Middle District and as grounds therefore states as follows:

1.   The Defendant, JOHN ANTHONY GIANOLI, III, is charged with distribution of controlled substances without a legitimate medical purpose and outside the due course of his medical practice.

2.   The Defendant is currently released on a $25,000 secured bond and has executed an agreement to forfeit his home property located at 2813 Bayshore Blvd., Tampa FL 33629.

3.   Paragraph 2 of the Conditions of Release provide that "[t]he Defendant must not, at any time, for any reason whatsoever, leave the Middle District of Florida without first obtaining written permission of the United States District Court for the Middle District of Florida, Tampa Division."

4. The Defendant wishes to travel to the greater New Orleans, Louisiana area in order to visit his parents and family, and to be present for the Christmas and New Year's holidays.

5. If permitted to travel by the Court, the Defendant will stay in his parent's home located at 652 Long Vue, Drive, Madisonville, Louisiana.

6. Proposed dates of travel are December 22, 2011 through January 3, 2012.

7. The undersigned counsel has conferred with Assistant United States Attorney Kathy Peluso and she has no objection to the travel request.

## MEMORANDUM OF LAW

Pursuant to 18 United States Code Section 3142(c)(3), "the judicial officer may at any time amend the [pretrial release] order to impose additional or different conditions of release."

WHEREFORE, Defendant, JOHN ANTHONY GIANOLI, III, respectfully requests that this Honorable Court grant his travel request.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the interested parties.

        s/Dale R. Sisco_____
        Dale R. Sisco
        Sisco-Law
        dsisco@sisco-law.com
        Florida Bar No. 559679
        1110 N. Florida Avenue
        P. O. Box 3382
        Tampa, FL  33601-3382
        Telephone:   (813) 224-0555
        Facsimile:     (813) 221-9736