UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 8:11-cr-501-T-24MAP

JOHN ANTHONY GIANOLI, III

_____

## JUDGMENT OF ACQUITTAL

This cause having further come on for trial by jury and before the Court, and the jury having returned a verdict of not guilty as to Counts Three & Five of the Indictment, it is

ORDERED AND ADJUDGED:

The defendant John Anthony Gianoli, III, is not guilty of the offense charged against him in Counts Three and Five of the indictment and the defendant shall be discharged and allowed to go hence without day for his return.

DONE AND ORDERED at Tampa, Florida this 18th day of June, 2012.

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Copies to:   counsel of record