*UNITED STATES DISTRICT COURT*
*MIDDLE DISTRICT OF FLORIDA*
*TAMPA DIVISION*

Case No.:  8:11-cr-501-T-24MAP                    Date:  September 5, 2012

U.S.A. v. John Anthony Gianoli, III

**HONORABLE    SUSAN C. BUCKLEW**                  Interpreter:  n/a

Court   Reporter: Paul Spangler                    Courtroom Deputy:  Susan Saylor

Attorney(s) for Government:                        Attorney(s) for Defendant:
Kathy Peluso                                       Dale Sisco, Retained

Time:  8:35  - 11:05    =      2.30

---

**CRIMINAL MINUTES - SENTENCING REFORM ACT SENTENCING**

---

__X__   Deft sworn.                               USPO: Joshua Luria

__X__   Defendant was found guilty and adjudged guilty on Count __2__ of the Indictment.

__X__   Imprisonment: 60     Months as to Count(s)

__X__   The Court makes the following recommendations to the Bureau of Prisons:
        (X ) Confinement at FCI satellite camp at Edgefield SC or FCC camp at Coleman, FL
        ( ) Defendant to reside at A Community Sanctions Center.
        ( ) Defendant to participate in and receive drug and alcohol treatment & rehabilitation.
        ( ) Defendant to participate in the 500 hour Intensive Drug Program.
        ( ) Other

__X__   Supervised Release: 3   Year(s) as to Count(s)

____    Probation:     Year(s) as to Count(s)

__X__   Fine is waived/is imposed in the amount of.

____    Restitution: $_____ *(See Criminal Monetary Penalties - Page 5 of the Judgment for details)*
        joint and several with _____ .

        While in the Bureau of Prisons custody, the defendant shall either (1) pay at least $25   quarterly
        if the defendant has a non-Unicor job or (2) pay at least 50% of his monthly earnings if the defendant
        has a Unicor job.  *Upon release from custody*, the defendant shall make monthly payments of no less
        than  **$**_____ and this payment schedule shall continue until such time as the Court is notified by the
        defendant, the victim or the government that there has been a material change in his ability to pay.

__X__   Special Assessment:$ **100.00**     (X)  To be paid immediately.

__X__    Special conditions of ( ) probation (X) supervised release:

() Defendant shall participate in the Home Detention program for a period of ____. During the time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by defendant's probation officer.

() Defendant shall participate as directed in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability or third party payment and in conformance with the probation office's sliding scale for substance abuse treatment services.

( ) Defendant shall participate as directed in a program for mental health treatment approved by the probation officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the probation office's sliding scale for mental health treatment services.

(X) The mandatory drug testing provisions are waived. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

( ) The mandatory drug testing provisions are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

( ) The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases, or attempting to do so, without the *express prior approval* of the probation officer.

( ) The defendant shall provide the probation officer access to any requested financial information.

( ) The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases without approval of the Probation Officer.

( ) Should the defendant be deported, he shall not be allowed to re-enter the U.S. without the express permission of the appropriate governmental authority.

( ) Defendant shall perform _____ hours of community service.

(X) Having been convicted of a qualifying felony, the Defendant shall cooperate in the collection of DNA.

( ) The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vocation, or is a student, as directed by his Probation Officer.

( ) The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

( ) The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

( ) The defendant is prohibited from possessing, subscribing to, or viewing any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.

( ) The defendant shall submit to a search of his person, residence, place of business, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

(X) The deft shall forfeit to the US his right, title and interest in his DEA registration number BG8856429 and Florida Medical License number ME86198

| | |
|---|---|
| ___ | Defendant is remanded to the custody of the US Marshal. |
| X | Defendant to surrender to the designated institution as notified by the US Marshal. |
| X | Count(s) __1 & 4__ Of the indictment are dismissed on motion of the Govt. |
| X | Defendant was found <u>not guilty</u> as to counts 3, 5 of the Indictment. |
| X | Defendant advised of right to appeal and to counsel on appeal. |
| X | Defendant on the record informs the Court that he is satisfied with the representation of his/her attorney. |
| ___ | Bond ( ) continued ( ) modified _____. |
| ___ | Government's motion (Doc.  ) for downward departure is GRANTED/DENIED. Court departs ___levels. |
| ___ | Defendant's motion (Doc.  ) for downward departure is GRANTED/DENIED. Court departs ___levels. |
| ___ | Government's Oral Motion for Downward Variance is GRANTED / DENIED by the Court. |
| X | Defendant's Oral Motion for Downward Variance is GRANTED by the Court 3 levels. |
| ___ | Oral motion to continue sentencing by the Government/Defendant is orally GRANTED/DENIED. Sentencing reset for _____. Separate notice to follow. |
| ___ | Forfeiture ordered by the Court. Forfeiture order entered on ___ in the amount of $ ___ is made a part of the Judgment. |

OTHER:  Dr. Gerald Gianoli (brother), Matt Dzibun (patient), Glenn Buzbee (friend & pastor) and Mr & Mrs Gianoli (father & mother) spoke on behalf of the Defendant.  Brenda Camareno & Marie Camareno spoke in opposition as to the Defendant.

Total Offense Level:             28
Criminal History Category:       I
Imprisonment Range:     78   -   97    months
Supervised Release Range:    3      years
Restitution:  $ n/a
Fine Range: $15,000       to   $1,000,000
Special Assessment:   $100.00

Adjustments/changes to the PSR: _____

___   Defendant is found indigent for purpose of appeal and
      is appointed to represent the defendant should he wish to pursue an appeal