UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NO.: 8:11-cr-00501-T-24MAP

vs.

JOHN ANTHONY GIANOLI III

_____/

## ORDER

Before the Court is Defendant's *pro se* motion requesting a reduction in sentencing pursuant to U.S.S.G. Amendment 782 (Dkt. 149).

The Motion for reduction of sentence (Dkt. 149) is **found as moot** pending determination of Defendant's eligibility for a sentencing modification.

DONE AND ORDERED at Tampa, Florida, this 20th day of November, 2014.

SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**

1. United States Probation Office
2. Rosemary Cakmis AFPD
3. David Rhodes, AUSA
4. Pro se Defendant